UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG BARFIELD, )<br> )<br> Petitioner, )<br> )<br> v. )<br> )<br>SANDRA CARTER, )<br> )<br> )<br> Respondent. )<br>_____ ) | No. C06-259 RSL<br><br>ORDER DENYING<br>HABEAS CORPUS<br> PETITION |

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, Petitioner's Reply, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. #4) is DENIED; and this matter is DISMISSED with prejudice;

(3) The Clerk is directed to send copies of this Order to counsel for each party and to the Honorable Monica J. Benton.

DATED this 5th day of March, 2007.

 /s/ Robert S. Lasnik
 Robert S. Lasnik
 United States District Judge

ORDER
PAGE - 1